IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC WATKINS,

    Petitioner,

vs.

CIVIL ACTION NO.: CV210-004

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

Petitioner Eric Watkins ("Watkins") has filed Objections to the Magistrate Judge's Report recommending dismissal of his 28 U.S.C. § 2241 petition. Watkins raises no new arguments in his objections, but merely asks the Court to rely on his arguments set forth in his response to the Government's Motion to Dismiss. After an independent and *de novo* review, the undersigned finds that those arguments were adequately addressed in the Magistrate Judge's Report.

Watkins' Objections are without merit and are **OVERRULLED**. The petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 20 day of October, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)